# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| PETRINA THOMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-01580-K |
| | § | |
| LEGAL AID OF NORTHWEST TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 21, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Legal Aid of Northwest Texas's Motion to Dismiss (ECF No. 6) is **GRANTED** and that all of Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

**SO ORDERED.**

**Signed March 11th, 2019.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE